# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Samson, Katharine M. | U.S.Bankruptcy Court, Southern District Mississippi | 06/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

2012 15th Street, Suite 244
Gulfport, MS 39501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | National Conference of Bankruptcy Judges |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Center for American and International Law | 2/5/2020-2/7/2020 | New Orleans, LA | Speaker at meeting | travel, food and lodging |
| 2. | Mississippi Bankruptcy Conference | 2/13/2020-2/14/2020 | Oxford, MS | Judge Moot Court Competition | travel, food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Samson, Katharine M.** | 06/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Credit Card | J |
| 2. | Southern Ag Credit | Mortgage on Raw Land | M |
| 3. | Bank of America | Credit Card | K |
| 4. | Chase | Credit Card | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Samson, Katharine M.** | 06/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Royalty Interest - Jeff Parish, LA (Hilcorp) | A | Royalty | J | W | | | | | |
| 2.  Green Channel, LLC (See Part VIII) | E | Rent | L | U | | | | | |
| 3.  La Jolla Farms, LLC (See Part VIII) | A | Rent | O | U | | | | | |
| 4.  Brokerage Acct. #1 (IRA) Fideleity Contrafund [Raymond James] | C | Dividend | L | T | | | | | |
| 5.  Merrill Lynch Cash Account | A | Interest | K | T | | | | | |
| 6.  Ameritrade IRA SEP (H) | | | | | | | | | |
| 7.  -Ameritrade Deposit Account | A | Interest | M | T | | | | | |
| 8.  -Columbia Select Intl Equity Z | A | Dividend | J | T | | | | | |
| 9.  -Abbvie Inc Com Stock | A | Dividend | J | T | | | | | |
| 10.  -Alibaba Group Holdings Com Stock | | None | | | Sold | 5/28/20 | K | C | |
| 11.  -Amazon.Com Inc. Com Stock | | None | K | T | | | | | |
| 12.  -Apple Inc Com Stock | A | Dividend | L | T | Buy | 09/04/20 | L | | |
| 13.  -AT&T Inc Com Stock | A | Dividend | J | T | | | | | |
| 14.  -Auscann Group Holdings LTD Com Stock | | None | J | T | | | | | |
| 15.  -Canopy Growth Corp Com Stock | | None | J | T | | | | | |
| 16.  -Chubb Ltd Com Stock | A | Dividend | | | Sold | 4/27/20 | K | A | |
| 17.  -Facebook Inc Com Stock | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Samson, Katharine M.** | 06/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Freeport McMoran Com Stock | A | Dividend | J | T | | | | | |
| 19.  -GW Pharmaceuticals PLC Stock | | None | J | T | | | | | |
| 20.  -Las Vegas Sands Corp Com Stock | A | Dividend | J | T | | | | | |
| 21.  -Lloyds Banking Group PLC Stock | A | Dividend | J | T | | | | | |
| 22.  -MGM Resorts International Com Stock | A | Dividend | J | T | | | | | |
| 23.  -National Oilwell Varco Inc Com Stock | A | Dividend | J | T | | | | | |
| 24.  -Nextera Energy Inc Com Stock | A | Dividend | K | T | | | | | |
| 25.  -NOW Inc Com Stock | | None | J | T | | | | | |
| 26.  -Pfizer Inc Com Stock | A | Dividend | J | T | | | | | |
| 27.  -Smucker JM Co Com Stock | A | Dividend | J | T | | | | | |
| 28.  -Tencent Holdings Limited | | None | | | Sold | 5/28/20 | J | B | |
| 29.  -Titan Medical Inc Com Stock | | None | J | T | | | | | |
| 30.  -Under Armour Inc Com Stock | | None | J | T | | | | | |
| 31.  -United Health Group Inc Com Stock | A | Dividend | K | T | | | | | |
| 32.  -Viatris Inc Com Stock | | None | J | T | Spinoff<br>(from line 26) | 11/18/20 | J | | |
| 33.  -Zillow Group Inc Com Stock | | None | J | T | | | | | |
| 34.  Stifel Nicolaus IRA (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Stifel Nicolaus Money Market | A | Interest | L | T | | | | | |
| 36.  -Altria Group Inc Com Stock | A | Dividend | J | T | | | | | |
| 37.  -Cisco Systems Inc Com Stock | A | Dividend | K | T | | | | | |
| 38.  -Walt Disney Company Com Stock | A | Dividend | J | T | | | | | |
| 39.  -Exxon Mobil Corp com Stock | A | Dividend | J | T | | | | | |
| 40.  -Fortune Brands Com Stock | A | Dividend | J | T | | | | | |
| 41.  -Intel Corp | A | Dividend | K | T | | | | | |
| 42.  -Johnson & Johnson Com Stock | A | Dividend | J | T | | | | | |
| 43.  -Kraft Heinz Com Stock | A | Dividend | J | T | | | | | |
| 44.  -Microsoft Corp Com Stock | A | Dividend | K | T | | | | | |
| 45.  -Mondelez International Inc Stock | A | Dividend | J | T | | | | | |
| 46.  -Philip Morris Com Stock | A | Dividend | J | T | | | | | |
| 47.  -Capital World Growth & Income Fund Class C | A | Dividend | J | T | | | | | |
| 48.  Lexterra, LLC | D | Distribution | L | U | | | | | |
| 49.  Legalwood, LLC (See Part VIII) | | None | M | U | | | | | |
| 50.  BancorpSouth Savings Account | A | Interest | J | T | | | | | |
| 51.  Dakota, Buga & Kim Holdings, LLC (See Part VIII) | A | Distribution | K | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LPL IRA | | | | | | | | | |
| 53. -PFF | B | Dividend | K | T | Buy (add'l) | 01/15/20 | J | | |
| 54. | | | | | Sold (part) | 7/13/20 | J | A | |
| 55. -HYG | B | Dividend | K | T | Buy (add'l) | 01/15/20 | J | | |
| 56. | | | | | Sold (part) | 7/13/20 | J | A | |
| 57. -QQQ | A | Dividend | L | T | Sold (part) | 07/13/20 | J | B | |
| 58. -IWF | A | Dividend | L | T | Buy (add'l) | 1/15/20 | J | | |
| 59. | | | | | Sold (part) | 7/13/20 | J | B | |
| 60. -BSV | A | Dividend | K | T | Buy (add'l) | 01/15/20 | J | | |
| 61. | | | | | Sold (part) | 07/13/20 | J | A | |
| 62. -DVY | A | Dividend | | | Buy (add'l) | 1/15/20 | J | | |
| 63. | | | | | Sold | 3/09/20 | K | C | |
| 64. -MDYG | A | Dividend | | | Buy (add'l) | 01/15/20 | J | | |
| 65. | | | | | Sold | 7/13/20 | J | A | |
| 66. -SDY | A | Dividend | | | Sold | 03/09/20 | J | A | |
| 67. -SCHF | A | Dividend | K | T | Buy (add'l) | 01/15/20 | J | | |
| 68. | | | | | Sold (part) | 07/13/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -LPL Cash Acount | A | Interest | K | T | | | | | |
| 70.   -XLF | A | Dividend | K | T | Buy<br>(add'l) | 01/15/20 | J | | |
| 71. | | | | | Sold<br>(part) | 07/13/20 | J | A | |
| 72.   -XLE | A | Dividend | | | Sold | 01/15/20 | K | B | |
| 73.   -ACN | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 74.   -MUR | A | Dividend | K | T | Buy | 3/25/20 | J | | |
| 75.   -PTNQ | | None | | | Buy | 02/12/20 | J | | |
| 76. | | | | | Sold | 03/17/20 | J | A | |
| 77.   -APGYX | A | Dividend | K | T | Buy | 3/18/20 | K | | |
| 78. | | | | | Sold<br>(part) | 7/13/20 | J | A | |
| 79.   -AGDYX | B | Dividend | K | T | Buy | 7/13/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Samson, Katharine M.** | 06/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2- Green Channel, LLC owns rental real estate in Gulfport, MS. Income and value are based on ownership of 1/2 interest in LLC.

Part VII, line 3 - La Jolla Frams, LLC owns real estate in Yazoo County, MS. Income and value are based on ownership of 58% interest in LLC.

Part VII, line 63 - Legalwood, LLC owns real estate in Brooklyn, MS. Income and value are based on ownership of 1/2 interest in LLC.

Part VII, line 77 - Dakota, Buga & Kim Holdings, LLC is the 12% owner of The Oaks Holding Company, LLC which owns The Oaks Golf Development. Income and value are based on ownership of 1/3 interest in LLC.

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/04/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Katharine M. Samson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544